**Maria Bennett**
**c/o ACH**
**Omaha NE 68178**

A direct deposit in the amount of $*******563.50 will be made on 11/13/23

```
   Invoice #      Invoice  Gross      Disc   Withholding Addl    Net
              Date    Amt        Amt    Tax         Amt     Amt
   ---------------- -------- ----------- -------- ------------ -------- -------------   PP23 11/10/23
   11/08/23    563.50     .00     .00     .00    563.50
```

A direct deposit in the amount of $*******161.00 will be made on 10/27/23

```
   Invoice #      Invoice  Gross      Disc   Withholding Addl    Net
              Date    Amt        Amt    Tax         Amt     Amt
   ---------------- -------- ----------- -------- ------------ -------- -----------
     PP22 10/27/23   10/25/23    161.00     .00     .00     .00    161.00
```

A direct deposit in the amount of $*******506.00 will be made on 10/13/23

```
   Invoice #      Invoice  Gross      Disc   Withholding Addl    Net
              Date    Amt        Amt    Tax         Amt     Amt
   ---------------- -------- ----------- -------- ------------ -------- -----------
     PP21 10/13/23   10/11/23    506.00     .00     .00     .00    506.00
```

A direct deposit in the amount of $*******224.25 will be made on 05/26/23

```
   Invoice #      Invoice  Gross      Disc   Withholding Addl    Net
              Date    Amt        Amt    Tax         Amt     Amt
   ---------------- -------- ----------- -------- ------------ -------- ----------
     PP11 5/26/23   05/23/23    224.25     .00     .00     .00    224.25
```

For additional information regarding this
direct deposit from Creighton University.
A direct deposit in the amount of $*******212.75 will be made on 08/04/23

```
   Invoice #      Invoice  Gross      Disc   Withholding Addl    Net
              Date    Amt        Amt    Tax         Amt     Amt
   ---------------- -------- ----------- -------- ------------ -------- -----------
     PP16 8/4/23    08/03/23    212.75     .00     .00     .00    212.75
```

For additional information regarding this
direct deposit from Creighton University.
A direct deposit in the amount of $********80.50 will be made on 05/12/23

```
   Invoice #      Invoice  Gross      Disc   Withholding Addl    Net
              Date    Amt        Amt    Tax         Amt     Amt
   -----------    -------- ----------- -------- ------------ -------- -------------
     PP10 5/12/23   05/10/23     80.50     .00     .00     .00     80.50
```

A direct deposit in the amount of $*******350.75 will be made on 09/29/23

| Invoice # | Invoice Date | Gross Amt | Disc Amt | Withholding Tax | Addl Amt | Net Amt |
|---|---|---|---|---|---|---|
| PP20 9/29/23 | 09/27/23 | 350.75 | .00 | .00 | .00 | 350.75 |

A direct deposit in the amount of $*******178.25 will be made on 03/04/22

| Invoice # | Invoice Date | Gross Amt | Disc Amt | Withholding Tax | Addl Amt | Net Amt |
|---|---|---|---|---|---|---|
| PP5 3/4/22 | 03/02/22 | 178.25 | .00 | .00 | .00 | 178.25 |

For additional information regarding this direct deposit from Creighton University.