IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-80623 |
| | ) | |
| DANNIE L. BENNETT, JR., AND | ) | MOTION BY DEBTOR TO |
| MARIA J. BENNETT, | ) | CONVERT TO CHAPTER 7 |
| | ) | |
| Debtors. | ) | |

The Motion of the above Debtors, respectfully represents:

1. Movants are the Debtors in the above-entitled case, having filed a Voluntary Petition for relief under Chapter 13 of Title 11, United States Code on August 11, 2023.

2. This case has not been converted under any chapter of Title 11, United States Code.

3. The Debtors are persons who may be Debtors under Chapter 7 of the Bankruptcy Code.

4. The Debtors hereby request conversion of this case to a case under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Debtors pray this Court enter an Order for conversion of this case to a case under Chapter 7 of Title 11, United States Code, pursuant to 11 U.S.C. §1307.

Dated this 10th day of October, 2024.

        DANNIE L. BENNETT, JR., AND MARIA J. BENETT, Debtors

        By: MORROW, POPPE
            WATERMEIER & LONOWSKI P.C.
            A Limited Liability Organization
            201 North 8th Street, Suite 300
            P.O. Box 83439
            Lincoln, Nebraska 68501-3439
            (402) 474-1731

        By: /s/Joel G. Lonowski
            Joel G. Lonowski    #19078

## NOTICE OF OBJECTION/RESISTANCE DEADLINE

To:     Creditors and Interested Parties Described Below:

On October 10, 2024, the Debtors filed their Motion to Convert to Chapter 7, and resistance to the Debtors' Motion should be filed on or before October 31, 2024, with the Clerk of the United States Bankruptcy Court, 100 Centennial Mall North, Room 460, Lincoln, Nebraska 68508, and a copy served upon the undersigned.

In the event that no objections are filed, an Order on the Debtors' Motion shall be entered by the United States Bankruptcy Judge without further notice to any parties.

In the event any resistance to the Debtors' Motion is filed an a hearing is required, then the Clerk of the Court will set a date and time for hearing. Any resistance should comply with Neb.R.Bankr.P. 9013-1.

Dated this 10th day of October, 2024.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

> United States Trustee
> Chapter 13 Trustee

and I hereby certify that I have mailed by United States mail, postage prepaid, the foregoing document to the following non CM/ECF participants:

> all Creditors on Debtors' Mailing Matrix attached hereto

_/s/Joel G. Lonowski_
Joel G. Lonowski          #19078

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-8<br>Case 23-80623-BSK<br>District of Nebraska<br>Omaha Office<br>Wed Oct  9 16:03:12 CDT 2024 | ACAR Leading LTD d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | ACAR Leasing Ltd. Dba GM Financial Leasing<br>c/o Michael P Gaughan<br>10484 Marty St<br>Overland Park, KS 66212-2559 |
| Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BMO Bank N.A., c/o AIS Portfolio Services, L<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Nationstar Mortgage LLC<br>14841 Dallas Parkway, Suite 350<br>Dallas, TX 75254-7685 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Wells Fargo Bank, N. A.<br>6818 Grover St. #302<br>Omaha, NE 68106-3632 |
| Wells Fargo Bank, N.A<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 | US Bankruptcy Court<br>111 South 18th Plaza<br>Suite 1125<br>Omaha, NE 68102-1321 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096-3853 |
| BMO Bank, N.A.<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047-8945 | Bank of America<br>PO Box 15284<br>Wilmington, DE 19850-5284 | Bank of the  West<br>PO Box 4021<br>Alameda, CA 94501-0421 |
| Capital One<br>PO Box 60519<br>City of Industry, CA 91716-0519 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Spark<br>PO Box 60519<br>City of Industry, CA 91716-0519 |
| Citi<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Dan Bennett, Sr.<br>835 South 67th Avenue<br>Omaha, NE 68106-1115 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Douglas E. Quinn<br>1601 Dodge Street<br>Suite 3700<br>Omaha, NE 68102-1627 |
| HEA Corporation<br>816 South 180th Avenue<br>Elkhorn, NE 68022-6917 | HEA Corporation<br>c/o  Erickson Sederstrom, PC, LLO<br>Registered Agent<br>10330 Regency Parkway Drive, Suite 100<br>Omaha, NE 68114-3736 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jay D. Koehn<br>1601 Dodge Street, Suite 3700<br>Omaha, NE 68102-1627 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jordan Mellican<br>1601 Dodge Street, Suite 3700<br>Attn: Douglas E. Quinn<br>Omaha, NE 68102-1627 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | Pay Pal<br>PO Box 71718<br>Philadelphia, PA 19176-1718 |
| Renee Mellican<br>1601 Dodge Street, Suite 3700<br>Omaha, NE 68102-1627 | Sarpy County Attorney<br>1210 Golden Gate Drive, Suite 6001<br>Papillion, NE 68046-2839 | Sarpy County Treasurer<br>1102 Easte 1st Street, Suite 4<br>Papillion, NE 68046 |
| Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | Small Business Administration<br>District Counsel<br>10675 Bedford Avenue, Suite 100<br>Omaha, NE 68134-3605 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Wells Fargo Bank<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 | Dannie L. Bennett Jr<br>13411 Lochmoor Circle<br>Bellevue, NE 68123-3772 |
| Erin McCartney<br>Chapter 13 Trustee<br>13930 Gold Circle<br>Ste 201<br>Omaha, NE 68144-2304 | Jerry L. Jensen<br>Acting United States Trustee<br>Roman L. Hruska U.S. Trustee<br>111 S. 18th Plaza, Suite 1148<br>Omaha, NE 68102-1321 | Joel G. Lonowski<br>Morrow Poppe Law Offices<br>201 No. 8th Street, Suite 300<br>Lincoln, NE 68508-2257 |
| Jordan Mellican | Maria J. Bennett<br>13411 Lochmoor Circle<br>Bellevue, NE 68123-3772 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nationstar Mortgage LLC<br>Attn: Bankruptcy Department<br>PO Box 619096<br>DALLAS, TX 75261 United States | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (d)Nationstar Mortgage LLC<br>Attn: Bankruptcy Department<br>PO Box 619096<br>Dallas, Texas 75261-9741 |
| (d)Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 | Nebraska Department of Revenue<br>Attn:  Bankruptcy Unit<br>Nebraska State Office Building<br>PO Box 94818<br>Lincoln, NE 68509-4818 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)BMO Bank N.A. | (u)BMO Harris Bank, N.A, |
| (u)HEA Corporation | (u)Nationstar Mortgage LLC | (d)Wells Fargo Bank, N.A.<br>6818 Grover St. #302<br>Omaha, NE 68106-3632 |
| (d)Wells Fargo Bank, N.A.<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Bank of the West<br>PO Box 4021<br>Alameda, CA 94501-0421 |
| (u)Renee Mellican | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients    10<br>Total                  56 | |