## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  23-80623 |
| | ) |
| DANNIE L. BENNETT, JR | ) CHAPTER 13 |
|          SSN: ###-##-9977 | ) |
| MARIA J. BENNETT | ) |
|          SSN: ###-##-3862 | ) |
| | ) |
| Debtors. | |

## CHAPTER 13 TRUSTEE'S MOTION FOR ORDER ALLOWING
## ADMINISTRATIVE EXPENSE CLAIM

**COMES NOW Erin M. McCartney**, standing Chapter 13 Trustee for the District of Nebraska, and shows to the Court as follows:

1) Debtor herein filed a petition for relief under Chapter 13 and a plan has never been confirmed in this case. The case was dismissed or converted prior to confirmation.

2) Trustee has performed valuable services and has incurred considerable expense in the performance of her duties and should be compensated for same.

3) Trustee receives no amount from the filing fees.  If this motion is denied, the cost of administration, including sending out notices to creditors, postage, etc., will be borne by the trustee and the other Chapter 13 debtors.

4) Trustee may have received some fees for disbursements on adequate protection payments and Debtors attorney fees.

WHEREFORE, Trustee requests the Court to enter an Order allowing the Trustee an administrative expense claim in the amount of $100.00.

     DATED:  October 21, 2024

                          s/ Erin M. McCartney
                          Erin M. McCartney #23663
                          Chapter 13 Trustee
                          13930 Gold Circle, Suite #201
                          Omaha, NE 68144
                          (402) 697-0437
                          1-800-884-0437

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  23-80623 |
| | ) |
| **DANNIE L. BENNETT, JR** | ) **CHAPTER 13** |
| SSN: ###-##-9977 | ) |
| **MARIA J. BENNETT** | ) |
| SSN: ###-##-3862 | ) |
| | ) |
| Debtors. | |

### NOTICE SETTING RESISTANCE DEADLINE

**PURSUANT TO** Neb. R. Bankr. P. 9013-1, you are notified as follows:

1) ERIN M. MCCARTNEY, Chapter 13 Trustee has filed a **Trustee's Motion for a Order Allowing Administrative Expense Claim**.

2) **The last day to file a resistance to the Trustee's Motion for a Order Allowing Administrative Expense Claim is 11/11/2024.**  Resistance must be served on the Trustee.

3) If the resistance period expires without the filing of any resistance, the Court will consider entering an order granting the relief sought without further notice.

DATED:  October 21, 2024

s/ Erin M. McCartney
Erin M. McCartney #23663
Chapter 13 Trustee
13930 Gold Circle, Suite #201
Omaha, NE 68144
(402) 697-0437
1-800-884-0437

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Motion was served on Joel G Lonowski, debtors attorney, via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on October 21, 2024, by first-class, U.S. mail, postage prepaid to the Debtors at the addresses listed below:

DANNIE L. BENNETT, JR
MARIA J. BENNETT
13411 LOCHMOOR CIRCLE
BELLEVUE, NE 68123

s/ Erin M. McCartney
Erin M. McCartney