**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  23-80623 |
| | ) |
| DANNIE L. BENNETT, JR | ) CHAPTER 7 |
| SSN: ###-##-9977 | ) |
| MARIA J. BENNETT | ) |
| SSN: ###-##-3862 | ) |
| | ) |
| Debtors. | |

### CHAPTER 13 TRUSTEE'S NOTICE OF INTENT TO REMIT FUNDS TO CHAPTER 7 TRUSTEE IN CONVERTED CASE

**COMES NOW, ERIN M. MCCARTNEY**, Chapter 13 Trustee, and files this notice with the Bankruptcy Court in the above captioned case.

1. The petition in the above referenced case was filed on August 11, 2023, under Chapter 13 of the Bankruptcy Code.

2. On October 18, 2024, an Order Granting Motion to Convert Case to Chapter 7 Bankruptcy Proceeding was entered (Docket #217).

3. The Chapter 13 Trustee is currently holding funds on hand in the amount of $51,281.47.

4. The Chapter 13 Trustee does not have sufficient information to determine whether these funds are property of the Chapter 7 estate which must be turned over to the Chapter 7 Trustee.

5. The Chapter 13 Trustee intends to turn over to the Chapter 7 Trustee $51,181.47, of the funds on hand, which represents the total funds on hand, less allowed Trustee's administrative expense of $100.00, if applicable, and any other administrative expenses allowed by this Court.   Said funds will be disbursed 10 days after the filing of this notice unless a party objects or the Court orders otherwise.

DATED:  October 22, 2024

s/ Erin M. McCartney
Erin M. McCartney #23663
Chapter 13 Trustee
13930 Gold Circle, Suite #201
Omaha, NE 68144
(402) 697-0437
1-800-884-0437

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Trustee's Notice of Intent to Remit Funds was served on Joel G Lonowski, debtors' attorney, and to Philip M. Kelly, Chapter 7 Trustee, via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on October 22, 2024, by first-class, U.S. mail, postage prepaid to the Debtors at the addresses listed below:

| | |
|---|---|
| DANNIE L. BENNETT, JR<br>13411 LOCHMOOR CIRCLE<br>BELLEVUE, NE 68123 | MARIA J. BENNETT<br>13411 LOCHMOOR CIRCLE<br>BELLEVUE, NE 68123 |

                                                                s/ Erin M. McCartney
                                                                Erin M. McCartney