# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | ) CASE NO. 23-80623 |
| | ) |
| DANNIE L. BENNETT, JR. | ) Honorable Brian S. Kruse |
| MARIA J BENNETT, | ) |
| | ) CHAPTER 7 |
| Debtors. | ) |

## WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COME NOW the creditors, HEA Corporation, Jordan Mellican, and Renee Mellican (collectively, the "Mellicans") and hereby withdraw their Motion for Relief from the Automatic Stay filed herein on October 9, 2024 (Doc. 204) (the "Motion"), without prejudice.

In support of the Motion, the Mellicans respectfully show the Court that since of the filing of the Motion, the Debtors' Chapter 13 case was converted to a Chapter 7 of the United States Bankruptcy Code, and that circumstances have changed. The Mellicans respectfully further show the court that they filed their withdrawal of the Motion after consultation with Philip M. Kelly, the Chapter 7 trustee.

WHEREFORE, the Mellicans respectfully request that their Motion for Relief from the Automatic Stay be withdrawn, without prejudice, and for such other and further relief as the Court deems just and equitable.

DATED this 25th day of October 2024.

        HEA CORPORATION, JORDAN MELLICAN, and
        RENEE MELLICAN, creditors,

        By: /s/Douglas E. Quinn
        Douglas E. Quinn, #15742
        Jay D. Koehn #25784
        McGrath North Mullin & Kratz, PC, LLO
        1601 Dodge Street, Suite 3700
        Omaha, NE 68102
        Phone: (402) 341-3070
        dquinn@mcgrathnorth.com
        jkoehn@mcgrathnorth.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification to all parties requesting notice, including:

| | |
|---|---|
| Joel G. Lonowski | Erin McCartney |
| *Attorney for Debtors* | *Chapter 13 Trustee* |
| | |
| Jerry L. Jenson | Philip M. Kelly |
| *U.S. Trustee* | *Chapter 7 Trustee* |

              /s/Douglas E. Quinn