IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 23-80623 |
| | ) | Chapter 7 |
| DANNIE L. BENNETT, Jr., | ) | |
| MARIA J. BENNETT, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF TRUSTEE'S INTENT TO CLAIM CERTAIN ASSETS AND ABANDON CERTAIN ASSETS

Comes now Philip M. Kelly, Trustee herein, and claims for administration and distribution the Debtors' interest in the following assets: non-exempt equity real estate, home furnishings, personal property, and any other assets that may be discovered through further investigation that were not listed on Debtors' schedules.

The Trustee also hereby gives notice of his intent to abandon all other scheduled assets in this case, other than the assets claimed above, on the grounds that such assets are either exempt, secured in excess of their value or burdensome to administer.

DATED: 11-1-24

_____
Philip M. Kelly, Trustee
105 E. 16th Street, P.O. Box 419
Scottsbluff, NE  69363-0419
Telephone:  (308) 632-7191
Email:  pkelly@scottsblufflaw.com