# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | ) CASE NO. 23-80623 |
| | ) |
| DANNIE L. BENNETT, JR. | ) Honorable Brian S. Kruse |
| MARIA J BENNETT, | ) |
| | ) CHAPTER 7 |
| Debtors. | ) |

## OBJECTION/RESISTANCE TO NOTICE OF TRUSTEE'S INTENT TO CLAIM CERTAIN ASSETS AND ABANDON CERTAIN ASSETS

COME NOW the creditors, HEA Corporation, Jordan Mellican, and Renee Mellican (collectively, "Mellicans") and pursuant to Bankruptcy Code § 554 and Bankruptcy Rule 6007, hereby object to certain Notice of Trustee's Intent to Claim Certain Assets and Abandon Certain Assets (Doc. No. 233).

In support of this objection, Mellicans respectfully show the Court that the notice is confusing and perhaps, self-contradictory, in that the Trustee states that he intends to claim "any other assets that may be discovered through further investigation that were not listed on the Debtors' schedules", but intends to abandon all other scheduled assets in the case other than assets claimed above.

In further support of this objection, Mellicans respectfully show the Court that there are other potential assets of the Debtors' estate that may not have been scheduled, and that should be claimed by the Trustee for distribution to the creditors. These assets include, but are not limited to, the Debtors' interest in certain corporations, limited liability companies, and other entities in which they have or claim an interest.

Mellicans further respectfully show the Court that they have conducted discovery (although not completed), and are willing to share it with the Trustee in order for him to make a informed decision as to which assets to claim and which to abandon.

WHEREFORE, Mellicans respectfully pray that the Court enter an Order deferring the Trustee's intent to abandon any assets until or unless there has been a full investigation and completion of due diligence and for such other and further relief as the Court deems just and equitable.

DATED this 7th day of November 2024.

HEA CORPORATION, JORDAN MELLICAN, and
RENEE MELLICAN, creditors,

By: */s/Douglas E. Quinn*
Douglas E. Quinn, #15742
Jay D. Koehn #25784
McGrath North Mullin & Kratz, PC, LLO
1601 Dodge Street, Suite 3700
Omaha, NE 68102
Phone: (402) 341-3070
dquinn@mcgrathnorth.com
jkoehn@mcgrathnorth.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification to all parties requesting notice, including:

| Joel G. Lonowski | Erin McCartney |
| *Attorney for Debtors* | *Chapter 13 Trustee* |
| | |
| Jerry L. Jenson | Philip M. Kelly |
| *U.S. Trustee* | *Chapter 7 Trustee* |

*/s/Douglas E. Quinn*