IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 23-80623 |
| | ) | Chapter 7 |
| DANNIE L. BENNETT, Jr., | ) | |
| MARIA J. BENNETT, | ) | |
| | ) | |
| Debtor. | ) | |

APPLICATION OF TRUSTEE TO HIRE A REAL ESTATE BROKER

The application of Trustee, Philip M. Kelly respectfully alleges:

1. That he is a duly qualified and acting Trustee in this case.

2. Applicant requires the assistance of a real estate broker for the following purposes:
   (a) to prepare a market analysis of the real estate; and
   (b) to assist the Trustee in selling real estate.

3. It is in the best interests of this estate and its economical administration that your applicant be allowed to hire **Judy Zimmer and Coldwell Banker NHS Real Estate** to assist the Trustee in selling real estate that is an asset of the bankruptcy estate.

4. The Trustee requests that he be allowed to pay **Judy Zimmer and Coldwell Banker NHS Real Estate** of Elkhorn, Nebraska 4.4% of the sale proceeds as a commission plus closing costs incurred.

WHEREFORE, applicant prays that applicant be authorized to retain the services of **Judy Zimmer and Coldwell Banker NHS Real Estate** to assist the Trustee in selling real estate that is a nonexempt asset of the bankruptcy estate and pay **Judy Zimmer and Coldwell Banker NHS Real Estate** 4.4% of the sale proceeds as a commission plus closing costs incurred.

DATED: 11-14-24

_____
Jerald L. Ostdiek, NSBA #19863
Philip M. Kelly, NSBA #15427
DOUGLS, KELLY, OSTDIEK, SNYDER,
OSSIAN, VOGL and SNYDER, P.C.
105 E. 16th Street, P.O. Box 419
Scottsbluff, NE  69363-0419
Telephone:  (308) 632-7191
FAX:  (308) 635-1387
E-mail:  jostdiek@scottsblufflaw.com
         pkelly@scottsblufflaw.com

Counsel for Philip M. Kelly, Chapter 7 Trustee

CERTIFICATE OF SERVICE

    I hereby certify that on the ___14th___ day of November, 2024, I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system for service upon ___Joel G. Lonowski___, Debtors' attorney, and further certify that on the same date I mailed by United States Postal Service, postage prepaid, the document to the Debtors:

Dannie and Maria Bennett
13411 Lochmoor Circle
Bellevue NE  68123

    The undersigned relies on the CM/ECF system of the United States Bankruptcy Court to provide service to the U.S. Trustee.

_____/s/ Philip Kelly_____
Jerald L. Ostdiek
Philip M. Kelly