IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 23-80623 |
| | ) | Chapter 7 |
| DANNIE L. BENNETT, Jr., | ) | |
| MARIA J. BENNETT, | ) | |
| | ) | |
| Debtor. | ) | |

### DECLARATION OF DISINTEREST

I, Judy Zimmer, a realtor with Coldwell Banker NHS Real EState of Elkhorn, Nebraska, declare:

1. I have been a licensed realtor for 26 years.

2. That I am competent to market and sell real estate as proposed by the Trustee in his Application to Employ Realtor.

3. That I am a disinterested person within the meaning of 11 U.S.C. § 101(14), not employed by or connected with or representing any interest adverse to the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee

4. Judy Zimmer and Coldwell Banker NHS Real Estate market and sell residential and commercial real estate in Eastern Nebraska. Our office is located at 1079 N. 205th Street, Elkhorn, Nebraska.

5. I certify that I have made no arrangement with the Trustee apart from the terms of my employment and no arrangements with the Trustee or his attorney other than selling the real estate the Trustee hired me to market.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this ___4___ day of November, 2024.

*Judy Zimmer*
dotloop verified
11/04/24 11:11 AM CST
0U1A-JNIR-QNCW-VF8A
_____
Judy Zimmer
Coldwell Banker NHS Real Estate
1079 N. 205th Street
Elkhorn NE  68022
Telephone:  402-592-9200
Email:  loupriver1@cox.net