IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 23-80623 |
| | ) | Chapter 7 |
| DANNIE L. BENNETT, Jr., | ) | |
| MARIA J. BENNETT, | ) | |
| | ) | |
| Debtor. | ) | |

## AMENDED NOTICE OF TRUSTEE'S INTENT TO CLAIM CERTAIN ASSETS AND ABANDON CERTAIN ASSETS

Comes now Philip M. Kelly, Trustee herein, and claims for administration and distribution the Debtors' interest in the following assets: non-exempt equity real estate, home furnishings, personal property, and any other assets, that may be discovered through further investigation that were not listed on Debtors' schedules.

Trustee amends his Notice to include interests in the following corporations and entities: SCJS Franchising, Inc., including accounts receivables; Synergy Staffing, LLC; Synergy Renue, LLC; ReFresh Partnership; Global Exhaustive Solutions; D & M Solutions; and Super Clean Job Site, LLC, and any other business, corporation or LLC assets.

DATED: 11-21-24

_____
Philip M. Kelly, Trustee
105 E. 16th Street, P.O. Box 419
Scottsbluff, NE 69363-0419
Telephone: (308) 632-7191
Email: pkelly@scottsblufflaw.com