**S O U T H** **LAW**
A Professional Corporation

13160 Foster Suite 100
Overland Park, KS 66213-2660

southlaw.com

offices in
Missouri ◆ Kansas ◆ Nebraska ◆ Iowa

December 13, 2024

**CERTIFIED AND REGULAR MAIL**

Dannie L. Bennett, Jr and Maria J. Bennett
13411 Lochmoor Cir
Bellevue, NE 68123

Re:     Dannie L. Bennett, Jr and Maria J. Bennett, Debtor
        Property Address:  13411 Lochmoor Cir, Bellevue, NE  68123
        ███████████████

Dear Dannie L. Bennett, Jr and Maria J. Bennett:

This letter is to inform you that you are in **DEFAULT** of the *Conditional Order Resolving Motion for Relief from Stay with Curative Provisions* filed with the Bankruptcy Court on March 29, 2024.  Your account with BMO Bank N.A. is currently due for (4) payments at $120.98 (08/15/24-11/15/24) and NOD fee of $100.00.  The total amount due at this time is **$583.92** plus any amounts that come due under the terms of the Stipulation and Consent Order and the Promissory Note and Deed of Trust, including any changes in payment amount pursuant to and as permitted by the terms of the Promissory Note and Mortgage or Deed of Trust.  You have **10 days** from the date of this letter to bring your account current.

If you fail to bring your account current within the time period indicated above, an *Order Granting Relief from the Automatic Stay* will be filed with the Court.  Your attorney will be notified of your default.  If you have any questions, you should contact your attorney.

Sincerely,


Hunter C. Gould


Enclosure

cc:     Joel G Lonowski
        Philip M. Kelly