IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 23-80623 |
| | ) | Chapter 7 |
| DANNIE L. BENNETT, Jr., | ) | |
| MARIA J. BENNETT, | ) | |
| | ) | |
| Debtor. | ) | |

REPORT OF SALE

COMES NOW Philip M. Kelly, Interim Trustee in the above captioned matter, and
hereby submits the following report of sale pursuant to Rule 6004(f)(1) of the Bankruptcy Rules.

1. **PROPERTY SOLD:**

   8613 Citta Circle, Bellevue, NE  68123
   Lot 13, Harold Square, an Addition to the City of Bellevue, as surveyed, platted
   and recorded in Sarpy County, Nebraska.

2. **NAME OF PURCHASER:**

   Jennifer Cortes and George Cortes, Jr.

3. **PURCHASE PRICE:**

   $228,000.00   Gross proceeds
   ($108,869.56 ) less closing costs and payment of secured loan
   $119,130.44   Net proceeds

See attached Seller's Statement.

WHEREFORE, the Trustee submits the report of sale pursuant to the Bankruptcy Rules.

_____
Philip M. Kelly, Trustee
PO Box 419
Scottsbluff  NE  69363-0419
Telephone:  (308) 632-7191
Email:  pkelly@scottsblufflaw.com

# Closing Disclosure

## Closing Information

| | |
|---|---|
| **Date Issued** | |
| **Closing Date** | 01/15/2025 |
| **Disbursement Date** | 01/15/2025 |
| **Settlement Agent** | Omni Title Services LLC |
| **File #** | 2401634-OTS |
| **Property** | 8613 Citta Circle |
| | Bellevue, NE 68147 |
| **Sale Price** | $228,000 |

## Transaction Information

| | |
|---|---|
| **Borrower** | Jennifer Cortes and George Cortes, Jr. |
| **Seller** | Dannie Bennett and Maria J. Bennett |
| | 13411 Lochmoor Circle |
| | Bellevue, NE 68123 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | $228,000.00 |
|---|---|
| 01 Sale Price of Property | $228,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09 City/Town Taxes | |
| 10 County Taxes | |
| 11 Assessments | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

| N. Due from Seller at Closing | $108,869.56 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $12,396.75 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan to Mr. Cooper | $96,340.77 |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 City/Town Taxes | |
| 15 County Taxes  01/01/25 to 01/15/25 | $132.04 |
| 16 Assessments | |
| 17 | |
| 18 | |
| 19 | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing (M) | $228,000.00 |
| Total Due from Seller at Closing (N) | -$108,869.56 |
| Cash ☐ From ☒ To Seller | $119,130.44 |

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| **Name** | Better Homes and Gardens RE |
| **Address** | 4949 Underwood Avenue |
| | Omaha, NE 68132 |
| **NE License ID** | |
| **Contact** | Monica Hernandez |
| **Contact NE License ID** | 20150780 |
| **Email** | monica.hernandez@betteromaha.com |
| **Phone** | (402)515-6579 |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| **Name** | Coldwell Banker NHS Real Estate |
| **Address** | 4230 Pioneer Woods Dr |
| | Suite A |
| | Lincoln, NE 68506 |
| **NE License ID** | |
| **Contact** | Jeff Nelsen |
| **Contact NE License ID** | |
| **Email** | jn2074@aol.com |
| **Phone** | |

### SETTLEMENT AGENT

| | |
|---|---|
| **Name** | Omni Title Services LLC |
| **Address** | 407 N 117th Street |
| | Omaha, NE 68154 |
| **NE License ID** | 3002368922 |
| **Contact** | Jasmina Valadez |
| **Contact NE License ID** | |
| **Email** | jvaladez@omnititleservices.com |
| **Phone** | |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

# Closing Cost Details

| Loan Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **A. Origination Charges** | | | |
| 01  % of Loan Amount (Points) | | | |
| 02  NIFA Funding Fee to Charter West Bank | | | |
| 03  Processing Fee to Charter West Bank | | | |
| 04  Tax Service Fee to Charter West Bank | | | |
| 05  Underwriting Fee to Charter West Bank | | | |
| 06  Wire Fee to Charter West Bank | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01  Appraisal Fee to Charter West Bank | | | |
| 02  Credit Report to Charter West Bank | | | |
| 03  E-Delivery Fee to Charter West Bank | | | |
| 04  Employment Verification to Charter West Bank | | | |
| 05  Flood Certification to Charter West Bank | | | |
| 06  MERS Fee to Charter West Bank | | | |
| 07  Tax Transcript Fee to Charter West Bank | | | |
| 08  Upfront Mortgage Insurance to Charter West Bank | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01  Title - ALTA Endorsement 22-06 (Location) to Omni Title Services LLC | | $12.50 | |
| 02  Title - ALTA Endorsement 8.1 (Environmental Protection Lien) to Omni Title Services LLC | | $12.50 | |
| 03  Title - ALTA Endorsement 9-06 (Restrictions, Encroachments, Minerals - Loan Policy) to Omni | | $12.50 | |
| 04  Title - Courier Fee to Omni Title Services LLC | | $5.00 | |
| 05  Title - CPL to Old Republic National Title Insurance Company | | $12.50 | |
| 06  Title - ERecording Fee to Omni Recording Fee Account | | | |
| 07  Title - Escrow Closing Fee to Omni Title Services LLC | | $350.00 | |
| 08  Title - Lender's Title Insurance to Omni Title Services LLC | | $352.75 | |
| 09  Title - Loan Closing Fee to Omni Title Services LLC | | | |
| 10  Title - Overnight Fee to Omni Title Services LLC | | | |
| 11  Title - Payoff Verification Fee to Omni Title Services LLC | | $15.00 | |
| 12  Title - Wire Verification Fee to Omni Title Services LLC | | $10.00 | |
| 13 | | | |

## Other Costs

### E. Taxes and Other Government Fees

| | | |
|---|---|---|
| 01  Recording Fees - Deed                                    Deed:        Mortgage: | | |
| 02  Recording Fees - Mortgage/Deed of Trust to Sarpy County Register of Deeds | | |
| 03  Recording Fees - POA to Sarpy County Register of Deeds | | |
| 04  Transfer Tax to Sarpy County Register of Deeds | | |
| 05 | | |

### F. Prepaids

| | | |
|---|---|---|
| 01  Homeowner's Insurance Premium (  mo.) | | |
| 02  Mortgage Insurance Premium (  mo.) | | |
| 03  Prepaid Interest (        per day from        to       ) | | |
| 04  Property Taxes (  mo.) | | |
| 05 | | |

### G. Initial Escrow Payment at Closing

| | | |
|---|---|---|
| 01  Homeowner's Insurance | | |
| 02  Mortgage Insurance | | |
| 03  Property Taxes | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08  Aggregate Adjustment | | |

### H. Other

| | | |
|---|---|---|
| 01  BAC Fee to Coldwell Banker NHS Real Estate | $595.00 | |
| 02  BAC Fee to Better Homes and Gardens RE | | |
| 03  Commission - Listing Agent to Coldwell Banker NHS Real Estate | $4,560.00 | |
| 04  Commission - Selling Agent to Better Homes and Gardens RE | $5,472.00 | |
| 05  Termite Inspection to Bug-Z Termite and Pest Control | | |
| 06  Termite Treatment to Bug-Z Termite and Pest Control | $860.00 | |
| 07  Title - Owner's Title Insurance (optional) to Omni Title Services LLC | $127.00 | |

| | | |
|---|---|---|
| **J. TOTAL CLOSING COSTS** | **$12,396.75** | |