IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. BK 23-80623 |
| | Chapter 7 |
| DANNIE L. BENNETT, Jr., | |
| MARIA J. BENNETT, | |
| Debtor. | |

REPORT OF SALE

COMES NOW Philip M. Kelly, Interim Trustee in the above captioned matter, and hereby submits the following report of sale pursuant to Rule 6004(f)(1) of the Bankruptcy Rules.

1. **PROPERTY SOLD:**

    13411 Lochmoor Circle, Bellevue, NE 68123
    Lot 78, Tregaron, an Addition to the City of Bellevue, as surveyed, platted and recorded in Sarpy County, Nebraska.

2. **NAME OF PURCHASER:**

    Komlan Sogbadji and Jennifer Sogbadji, a married couple

3. **PURCHASE PRICE:**

    $515,082.68    Gross proceeds
    ($269,244.38 ) less closing costs and payment of secured loans
    $245,838.30    Net proceeds

See attached Seller's Statement.

WHEREFORE, the Trustee submits the report of sale pursuant to the Bankruptcy Rules.

/s/ Philip M. Kelly
Philip M. Kelly, Trustee
PO Box 419
Scottsbluff NE 69363-0419
Telephone: (308) 632-7191
Email: pkelly@scottsblufflaw.com

| American Land Title Association | FINAL ALTA Settlement Statement - Seller |
|---|---|
| | Adopted 05-01-2015 |

| | | |
|---|---|---|
| File No./Escrow No.: 58797A<br>Officer/Escrow Officer: Jessica McCary | **Ambassador Title Services**<br>331 Village Pointe Plaza<br>Suite 102<br>Omaha, NE 68118<br>(402)884-4500 |  |

| | |
|---|---|
| Property Address: | 13411 LOCHMOOR CIRCLE<br>BELLEVUE, NE 68123 (SARPY)<br>(011291443) |
| Legal Desc: | Lot 78, Tregaron, an Addition to the City of Bellevue, as surveyed, platted and recorded in Sarpy County, Nebraska. |
| Buyer: | KOMLAN SOGBADJI AND JENNIFER SOGBADJI |
| Seller: | PHILIP M. KELLY, TRUSTEE IN BANKRUPTCY OF THE ESTATE OF DANNIE L. BENNETT, JR. AND MARIA J. BENNETT, HUSBAND AND WIFE, AS DEBTORS |
| Lender: | Pivot Lending<br>10397 W Centennial Road, Littleton, CO  80127 |
| Settlement Date: | 1/10/2025 |
| Disbursement Date: | 1/10/2025 |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| **Deposits, Credits, Debits** | | |
| Sale Price of Property | | $515,000.00 |
| Seller paid closing costs | $9,477.43 | |
| Seller Pay 1/2 Title Insurance & Endorsements | $949.37 | |
| **Prorations** | | |
| Assessments 1/10/2025 to 1/1/2026 @ $85.00/Year | | $82.68 |
| County Taxes 1/1/2025 to 1/10/2025 @ $4,493.10/Six Months | $220.97 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan | $221,767.75 | |
| Payoff of Second Mortgage Loan | $12,355.36 | |
| **Commissions** | | |
| Broker Flat Fee to Coldwell Banker NHS Real Estate | $595.00 | |
| Real Estate Commission to Coldwell Banker NHS Real Estate | $22,660.00 | |
| **Title Charges** | | |
| Title - Lender's Title Insurance to Ambassador Title Services | | |
| Title - Settlement or closing fee to Ambassador Title Services | $390.00 | |
| Lien Release Tracking Fee to Ambassador Title Services | $70.00 | |
| **Additional Settlement Charges** | | |
| Delinquent 2024 HOA Dues to Tregaron-Homes | $85.00 | |
| Home Warranty to Service One | $588.50 | |
| 2025 HOA Dues to Tregaron-Homes | $85.00 | |
| | Debit | Credit |
| **Subtotals** | $269,244.38 | $515,082.68 |
| **Due To Seller** | $245,838.30 | |
| **Totals** | $515,082.68 | $515,082.68 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Ambassador Title Services to cause the funds to be disbursed in accordance with this statement.

SELLER(S)

the Estate of Dannie L. Bennett, Jr. and Maria J. Bennett, husband and wife, as debtors

_____
Philip M. Kelly, Trustee

SETTLEMENT COORDINATOR

_____
JESSICA MCCARY