IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 23-80623 |
| | ) | Chapter 7 |
| DANNIE L. BENNETT, Jr., | ) | |
| MARIA J. BENNETT, | ) | |
| | ) | |
| Debtor. | ) | |

MOTION FOR APPROVAL OF ABANDONMENT;
NOTICE OF OBJECTION/RESISTANCE DEADLINE;
AND CERTIFICATE OF SERVICE

COMES NOW, the Trustee in the above-captioned case and for his Motion for Approval of Abandonment, and alleges as follows:

1. The bankruptcy petition in this case was filed on August 11, 2023 under Chapter 13. The case was converted to a Chapter 7 on October 18, 2024.

2. The Trustee has investigated the claim, counterclaims and lawsuit involving the Debtors, HEA Corporation, Jordan Mellican, Renee Mellican, Super Clean Job site, LLC, Sunbelt Business Advisors, Inc., Andrew Foxhoven, and SCJS Franchising, Inc. filed in the District Court of Douglas County, Nebraska, case number CI 19-8909.

3. The Trustee has determined that pursuing the counterclaims filed by the Debtors and associated companies is not administratively feasible because the United States Bankruptcy Court, in a related adversary case, determined the Debtors engaged in fraudulent activity. Any recovery, in favor of the Debtors, would only reduce the claim that HEA Corporation, Jordan Mellican and Renee Mellican has against the Debtors without significant benefit to the bankruptcy estate. The administrative burden on the bankruptcy estate outweighs the benefit to be realized by the bankruptcy estate in the Trustee's opinion.

4. The Trustee has determined that pursuing the counterclaims against Sunbelt Business Advisors, Inc. and Andrew Foxhoven is not administratively feasible. The administrative burden on the bankruptcy estate outweighs the benefit to be realized by the bankruptcy estate in the Trustee's opinion.

WHEREFORE, the Trustee prays for an order of the Court approving his abandonment of the Debtors' claims against HEA Corporation, Jordan Mellican, Renee Mellican, Sunbelt Business Advisors, Inc. and Andrew Foxhoven; and for such other relief the Court deems just and equitable.

1

Nebraska Rule of Bankruptcy Procedure 9013 provides that all resistances to the Motion for Approval of Abandonment shall set forth the specific factual and legal basis and conclude with a particular request for relief and shall be served in conformance with Nebraska Rule of Bankruptcy Procedure 9014.

**IF NO WRITTEN RESISTANCE OR REQUEST FOR HEARING IS FILED WITH THE BANKRUPTCY COURT CLERK, ROMAN L. HRUSKA, UNITED STATES COURTHOUSE, 111 SOUTH 18TH PLAZA, SUITE 1125, OMAHA, NEBRASKA, 68102, AND SERVED UPON PHILIP KELLY, TRUSTEE, ON OR BEFORE ___March 20, 2025___, THE BANKRUPTCY COURT WILL CONSIDER ENTERING AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION FOR APPROVAL OF ABANDONMENT.** If a timely resistance or request for hearing is filed and served, the Bankruptcy Court will schedule a hearing with notice of the hearing being limited to parties who timely file a written resistance or request for hearing and the Trustee.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

DATED:  ___February 27, 2025___

PHILIP M. KELLY, Trustee

By ___/s/  Philip M. Kelly_____
Philip M. Kelly, NSBA #15427
DOUGLAS, KELLY, OSTDIEK, SNYDER,
OSSIAN and VOGL, P.C.
105 E. 16th Street   PO Box 419
Scottsbluff   NE  69363-0419
Telephone: (308) 632-7191
FAX:  (308) 635-1387
E-mail: pkelly@scottsblufflaw.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent on the 27th day of February, 2025, by regular United States Mail, sufficient postage attached, to all parties on the attached mailing matrix, except for those receiving notification electronically via the CM/ECF system as indicated by a (+) beside their name on the attached matrix.

___/s/  Philip M. Kelly_____
Philip M. Kelly, NSBA #15427

2

Label Matrix for local noticing
0867-8
Case 23-80623-BSK
District of Nebraska
Omaha Office
Thu Feb 27 10:42:42 CST 2025

ACAR Leading LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

ACAR Leasing Ltd. Dba GM Financial Leasing
c/o Michael P Gaughan
10484 Marty St
Overland Park, KS 66212-2559

Ally Bank
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMO Bank N.A., c/o AIS Portfolio Services, L
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Dannie L. Bennett Jr
13411 Lochmoor Circle
Bellevue, NE 68123-3772

Maria J. Bennett
13411 Lochmoor Circle
Bellevue, NE 68123-3772

Jordan Mellican

Nationstar Mortgage LLC
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Bruce E. Schreiner
Schroeder & Schreiner
2535 N. Carleton Ave.
Suite B
Grand Island, NE 68803-1252

Wells Fargo Bank, N. A.
6818 Grover St. #302
Omaha, NE 68106-3632

Wells Fargo Bank, N.A
P.O. Box 1629
Minneapolis, MN 55440-1629

Judy Zimmer
Coldwell Banker NHS Real Estate
1079 N 205th St.
Elkhorn, NE 68022-4642

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096-3853

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

BMO Bank N.A. c/o AIS Portfolio Services, LL
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMO Bank, N.A.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Bank of America
PO Box 15284
Wilmington, DE 19850-5284

Bank of the  West
PO Box 4021
Alameda, CA 94501-0421

Capital One
PO Box 60519
City of Industry, CA 91716-0519

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Spark
PO Box 60519
City of Industry, CA 91716-0519

Citi
PO Box 790046
Saint Louis, MO 63179-0046

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Dan Bennett, Sr.
835 South 67th Avenue
Omaha, NE 68106-1115

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Card
PO Box 6103
Carol Stream, IL 60197-6103

Douglas E. Quinn
1601 Dodge Street
Suite 3700
Omaha, NE 68102-1627

HEA Corporation
816 South 180th Avenue
Elkhorn, NE 68022-6917

HEA Corporation
c/o Erickson Sederstrom, PC, LLO
Registered Agent
10330 Regency Parkway Drive, Suite 100
Omaha, NE 68114-3736

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jay D. Koehn
1601 Dodge Street, Suite 3700
Omaha, NE 68102-1627

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jordan Mellican
1601 Dodge Street, Suite 3700
Attn: Douglas E. Quinn
Omaha, NE 68102-1627

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)NEBRASKA DEPARTMENT OF REVENUE
ATTN ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Pay Pal
PO Box 71718
Philadelphia, PA 19176-1718

Renee Mellican
1601 Dodge Street, Suite 3700
Omaha, NE 68102-1627

Sarpy County Attorney
1210 Golden Gate Drive, Suite 6001
Papillion, NE 68046-2839

Sarpy County Treasurer
1102 Easte 1st Street, Suite 4
Papillion, NE 68046

Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Small Business Administration
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68134-3605

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Philip M. Kelly +
Chapter 7 Trustee
PO Box 419
105 E. 16th Street
Scottsbluff, NE 69361-3140

Philip Kelly +
Douglas, Kelly, Ostdiek, Snyder, Ossian,
105 E. 16th Street
P.O. Box 419
Scottsbluff, NE 69363-0419

Douglas E. Quinn +
McGrath, North, Mullin & Kratz, P.C.
Suite 3700 First National Tower
1601 Dodge Street
Omaha, NE 68102-1650

Eric H. Lindquist +
Eric H. Lindquist, P.C., L.L.O
8712 West Dodge Rd, #260
Omaha, NE 68114-3419

Jerry L. Jensen +
Acting United States Trustee
Roman L. Hruska U.S. Courthous
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102-1321

Michael P. Gaughan +
Lewis Rice LLC
10484 Marty St
Overland Park, KS 66212-2559

Joel G. Lonowski +
Morrow Poppe Law Offices
201 No. 8th Street, Suite 300
Lincoln, NE 68508-2257

Jerald L. Ostdiek +
Douglas, Kelly, Meade, Ostdiek, Bartels
105 East 16th Street
P.O. Box 419
Scottsbluff, NE 69363-0419

Dustin J Stiles +
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068

Evan Lincoln Moscov +
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

Jerry L. Jensen +
Acting United States Trustee
Roman L. Hruska U.S. Trustee
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102-1321

Jay Koehn +
McGrath North
1601 Dodge Street
Suite 3700
Omaha, NE 68102-1627

Hunter Charles Gould +
SouthLaw, P.C.
13160 Foster
Suite 100
Overland Park, KS 66213-2848

Donald Ray Rison Jr+
McGrath North
1601 Dodge St, Omaha, NE 68102
Suite 3700
Omaha, NE 68102-1627


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619096
DALLAS, TX 75261 United States

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

(d)Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619096
Dallas, Texas 75261-9741


(d)Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

Nebraska Department of Revenue
Attn: Bankruptcy Unit
Nebraska State Office Building
PO Box 94818
Lincoln, NE 68509-4818


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)BMO Bank N.A.

(u)BMO Harris Bank, N.A,


(u)HEA Corporation

(u)Renee Mellican

(u)Nationstar Mortgage LLC


(d)Wells Fargo Bank, N.A.
6818 Grover St. #302
Omaha, NE 68106-3632

(d)Wells Fargo Bank, N.A.
P.O. Box 1629
Minneapolis, MN 55440-1629

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901


(d)Bank of the West
PO Box 4021
Alameda, CA 94501-0421

End of Label Matrix
Mailable recipients    61
Bypassed recipients    10
Total                  71